IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN ANDREW KISTER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|   v. ) | 2:21cv222-MHT |
| ) | (WO) |
| MARIA WYNN, et al., ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

This cause is now before the court on plaintiff's notice of appeal (Doc. 56), which the court is treating as a motion to proceed on appeal in forma pauperis.

28 U.S.C. § 1915(a)(3) provides that "an appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."  *See also* F.R.A.P. 24(a)(3)(A) ("A party who was permitted to proceed in forma pauperis in the district-court action ... may proceed on appeal in forma pauperis without further authorization, unless ... the district court--before or after the notice of

appeal is filed--certifies that the appeal is not taken in good faith"). In making this determination as to good faith, a court must use an objective standard, such as whether the appeal is "frivolous," *Coppedge v. United States*, 369 U.S. 438, 445 (1962), or "has no substantive merit." *United States v. Bottoson*, 644 F.2d 1174, 1176 (5th Cir. Unit B May 15, 1981) (per curiam); *see also Rudolph v. Allen*, 666 F.2d 519, 520 (11th Cir. 1982) (per curiam); *Morris v. Ross*, 663 F.2d 1032 (11th Cir. 1981). Applying this standard, this court is of the opinion that the plaintiff's appeal is without a legal or factual basis and, accordingly, is frivolous and not taken in good faith. *See, e.g.*, *Rudolph v. Allen*, *supra*; *Brown v. Pena*, 441 F. Supp. 1382 (S.D. Fla. 1977), *aff'd without opinion*, 589 F.2d 1113 (5th Cir. 1979).

***

Accordingly, it is ORDERED that the plaintiff's motion to proceed on appeal in forma pauperis is

2

denied; and that the appeal in this cause is certified, pursuant to 28 U.S.C. § 1915(a), as not taken in good faith.

DONE, this the 19th day of January, 2024.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE